CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 08 2019

JULIA C. DUDLEY, CLERK
BY: H.McDenee
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:19-CR-00035 |
| | ) | |
| VINCENT K. JONES | ) | |

ORDER

The United States of America moved for dismissal of the Indictment as to the above captioned defendant. For good cause shown:

IT IS HEREBY ORDERED, the United States' motion that the Indictment filed against defendant on September 19, 2019, is dismissed.

ENTERED this 8th day of October, 2019.

SR. UNITED STATES DISTRICT JUDGE